UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | NUMBER |
| **GEORGE JOSEPH PORTER** | **10-13553** |
| **ARALEAN H. PORTER** | |
| DEBTOR(S) | CHAPTER 7 |
| | SECTION "A" |

---

**HIGHSTEPPIN PRODUCTIONS, LLC**

       PLAINTIFF(S)

                                                                         **ADVERSARY NO.**

VERSUS                                                          **10-1130 SEC A**

**GEORGE JOSEPH PORTER, JR.**
**DAVID RUSSELL BATISTE, JR.**
**BRIAN STOLTZ**
**PORTER, BATISTE, STOLTZ, LLC**
**BUGALOO MUSIC**
**SCREEN GEMS-EMI MUSIC, INC.**
**BUG MUSIC**
**CABBAGE ALLEY MUSIC**
**LIVE NATION, INC.**
**FUNKY METERS, INC.**
**ELEVATION GROUP, INC.**

       **DEFENDANT(S)**

## ORDER FIXING PRE-TRIAL CONFERENCE

**IT IS ORDERED** that a Pre-trial Conference with respect to the above-captioned adversary proceeding is set for **MONDAY, FEBRUARY 7, 2011, at 3:00 P.M.**, in Room 741-C, chambers of the Honorable Elizabeth W. Magner, Hale Boggs Federal Building, 500 Poydras Street, New Orleans, Louisiana 70130.

New Orleans, Louisiana, January 12, 2011.

                                                         Elizabeth W. Magner
                                                        U.S. Bankruptcy Judge