U.S. BANKRUPTY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF<br>GEORGE JOSEPH PORTER<br>ARALEAN H. PORTER | NUMBER<br><br>10-13553 |
| DEBTOR(S) | SECTION A<br>CHAPTER 7 |

---

| | |
|---|---|
| HIGHSTEPPIN PRODUCTIONS, LLC | ADVERSARY NUMBER |
| PLAINTIFF | 10-1130 |
| VERSUS | SECTION A |
| GEORGE JOSEPH PORTER, JR., ET AL | |
| DEFENDANTS | |

*Administratively Consolidated for Trial With*

| | |
|---|---|
| HIGHSTEPPIN PRODUCTIONS, LLC | ADVERSARY NUMBER |
| PLAINTIFF(S) | 10-1131 |
| VERSUS | SECTION A |
| BRIAN HERBERT STOLTZ, ET AL | |
| DEFENDANT(S) | |

## JOINT MOTION TO EXTEND DEADLINES

NOW INTO COURT, come Jeffrey S. Baker and Derek M. Mercer, counsel for AP Plaintiff and Cross-Claim Defendant Highsteppin' Productions, LLC ("HSP" or "Plaintiff"); Ronnie G. Penton, counsel for Debtor/AP Defendants and Cross-Claim Plaintiffs, Brian Herbert Stoltz and Porter-Batiste-Stoltz, LLC; and John O. Pieksen, Jr.,

1

counsel for Debtor/AP Defendant Cross-Claim Plaintiff, George Joseph Porter, Jr. (collectively "Defendants") and the U.S. Bankruptcy Trustee, Wilbur Babin, who moves this Court to extend the previously set litigation deadlines as follows:

1. That the Plaintiff/Cross-Claim Defendant will designate its experts and provide all parties with expert reports no later than November 15, 2011.

2. That the Defendants/Cross-Claim Plaintiffs will designate their experts and provide all parties with expert reports no later than December 1, 2011.

WHEREFORE, Movers prays that this Honorable Court grant their Joint Motion to Extend Deadlines in the captioned consolidated matter.

/Jeffrey S. Baker/
Jeffrey S. Baker
Baker & Associates
2 West Hill Place
Suite 100
Boston, MA  02114
Phone:  (617) 573-9505
Telecopier:  (617) 573-9503
E-Mail:  bakerlaw@aol.com
Co-Counsel for Plaintiff,
Highsteppin' Productions, LLC

/Derek M. Mercer/
Derek M. Mercer
Patrick Miller, LLC
400 Poydras Street
400 Poydras Tower, Suite 1680
New Orleans, LA  70130
Phone:  (504) 527-5400
Telecopier:  (504) 527-5456
E-Mail:  dmercer@patrickmillerlaw.com
Co-Counsel for Plaintiff,
Highsteppin' Productions, LLC

/Ronnie G. Penton/
Ronnie G. Penton
The Penton Law Firm
209 Hoppen Place
Bogalusa, LA  70427
Phone:  (985) 732-5651
Telecopier:  (985) 735-5579
E-Mail:  fedcourtmail@rgplaw.com

/John O. Pieksen, Jr.
John O. Pieksen, Jr.
John Pieksen & Associates, LLC
829 Baronne Street
New Orleans, LA  70113
Phone:  (504) 581-9322
Telecopier (504) 324-4844
E-Mail:  jpieksen@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Joint Motion to Extend Deadlines has been served on:

Claude C. Lightfoot, Jr.
650 Poydras Street, Suite 1010
New Orleans, LA 70130
Office of the U.S. Trustee
400 Poydras Street, Suite 2110

John O. Piekesen, Jr.
829 Baronne Street
New Orleans, LA 70113

David Russell Batiste, Jr.
4815 Tchoupitoulas Street
New Orleans, LA 70115

New Orleans, LA 70130
Wilbur J. (Bill) Babin, Jr.
3027 Ridgelake Drive
Metairie, LA 70002

Ronnie Penton, Esquire
Law offices of Ronnie Penton
209 Hoppen Place
Bogalusa, LA 70427-3827

all parties or their counsel of record, either via ECF, facsimile transmission, hand delivery, or by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 26th day of May, 2011.

*s/Derek M. Mercer, Esq.*
DEREK M. MERCER, ESQ.