U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | NUMBER |
| GEORGE JOSEPH PORTER | |
| ARALEAN H. PORTER | 10-13553 |
| DEBTOR(S) | SECTION A |
| | CHAPTER 7 |

---

| | |
|---|---|
| HIGHSTEPPIN PRODUCTIONS, LLC | ADVERSARY NUMBER |
|     PLAINTIFF | 10-1130 |
| VERSUS | SECTION A |
| GEORGE JOSEPH PORTER, JR., ET AL | |
|     DEFENDANTS | |

*Administratively Consolidated for Trial With*

| | |
|---|---|
| HIGHSTEPPIN PRODUCTIONS, LLC | ADVERSARY NUMBER |
|     PLAINTIFF(S) | 10-1131 |
| VERSUS | SECTION A |
| BRIAN HERBERT STOLTZ, ET AL | |
|     DEFENDANT(S) | |

## ORDER GRANTING MOTION FOR
## EXTENSION OF TIME TO RESPOND TO DISCOVERY

Considering the Motion for Extension of Time to Respond to Discovery;

**IT IS ORDERED** that Highsteppin' Productions, LLC be granted an additional thirty (30) days to respond to Brian Stoltz's Requests for Production of Documents served May 11, 2011.

New Orleans, Louisiana, June 17, 2011. _____
                                                                                         J U D G E