UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                          CASE NO.

**GEORGE JOSEPH PORTER, JR.**                  **10-13553**
**ARALEAN H. PORTER**

                                                                SECTION A
DEBTORS                                                         CHAPTER 7

**HIGHSTEPPIN' PRODUCTIONS, LLC**               ADVERSARY NO.

PLAINTIFF                                                       **10-1130**

VERSUS

**GEORGE JOSEPH PORTER, JR. ET AL**

DEFENDANTS

ADMINISTRATIVELY CONSOLIDATED FOR TRIAL WITH

**HIGHSTEPPIN' PRODUCTIONS, LLC**               ADVERSARY NO.

PLAINTIFF                                                       **10-1131**

VERSUS

**BRIAN HERBERT STOLTZ, ET AL**

DEFENDANTS

## ORDER

    **IT IS ORDERED** that a pre-trial conference will be held in this matter on **Wednesday, January 21, 2015, at 9:00 a.m.** in Room 741-C, Hale Boggs Federal Building, 500 Poydras Street, New Orleans, Louisiana.

    New Orleans, Louisiana, January 6, 2015.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge